

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca McGarrahan | Civil Action No. 20cv0106-LAB-MDD |
| Plaintiff, | |
| V. | |
| Portfolio Recovery Associates, LLC. | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant, in the amount of $2,001.

Date:  2/19/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor
J. Taylor, Deputy